UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DENA FURNEY SNELGROVE,

    Plaintiff,

v.                                        CASE NO: 8:02-cv-2146-T-26TBM

CHEMINOVA, INC., CHEMINOVA A/S,
and AURIGA INDUSTRIES A/S,

    Defendants.
_____/

## **O R D E R**

Defendants have filed a motion to dismiss with prejudice. Ordinarily, the Court would await a response from a plaintiff with regard to such an order. A response is not necessary in this case, however, because this Court's order of September 2, 2003, to which Plaintiff agreed, entitles Defendants to the relief requested in that the main case mentioned in the order (McFarland) has been resolved in favor of Defendants.

Accordingly, it is ordered and adjudged as follows:

1) Defendants' Motion to Dismiss the Complaint with Prejudice (Dkt. 44) is granted.

2) This case is dismissed with prejudice.

**DONE AND ORDERED** at Tampa, Florida, on October 13, 2006.

                                              s/*Richard A. Lazzara*
                                              **RICHARD A. LAZZARA**
                                              **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record